**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   KWAN SU YI  

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                         CASE NO.  3:04-cr-00022-02-JWS 

 Pam Richter 

PROCEEDINGS: **CLERK'S NOTICE**                     DATE: July 18, 2006

       In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Kwan Su Yi.  Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed Order for the Court's consideration.  If no motion is filed within 45 days, the Clerk shall destroy the passport.

[304cr22-02JWS-clk's-notice-passport-return.wpd]{CLERKNOT.WPD*Rev.12/97}