Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KWAN SU YI,<br><br>　　　　　Defendant. | NO. 3:04-cr-0022-JWS<br><br>**UNOPPOSED MOTION TO RELEASE PASSPORT** |

　　　　Kwan Su Yi asks this court for an order directing the Clerk of Court to release his passport.  Mr. Yi was required to surrender his passport to the court as a condition of release in the above-styled matter.  The Clerk of Court has notified counsel that they have Mr. Yi's passport in their possession, and will destroy it in 45 days unless claimed  (Docket No. 131).  Accordingly, it is appropriate to return his passport.

　　　　The government does not oppose this request.

　　　　This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 24th day of July 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on July 24, 2006,
a copy of the *Unopposed Motion to Release Passport* was served electronically on:

Steven E. Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand-delivered to:

Tim Astle
U.S. Probation & Pretrial Services
222 W. 7th Ave., # 48, Rm. 168
Anchorage, AK  99513-7562

s/Kevin F. McCoy