UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KWAN SU YI,<br><br>        Defendant. | NO. 3:04-cr-0022-JWS<br><br>**PROPOSED ORDER** |

On consideration of the defendant's unopposed request for an order authorizing the Clerk of Court to release the defendant's passport to the defendant;

It is hereby ordered that the request is granted. The Clerk of Court is authorized to release the defendant's passport to the defendant or to a representative of the Federal Public Defender Office.

DATED this ____ day of July 2006, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE