Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KWAN SU YI,<br><br>            Defendant. | NO. 3:04-cr-0022-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney for Kwan Su Yi .

2. Mr. Yi was required to surrender his passport to the Clerk of Court as a condition of release pending resolution of the case.

3. The case has been resolved and it is appropriate to return Mr. Yi's passport.

4. On July 18, 2006, the Clerk of Court filed a notice that Mr. Yi's passport is in their possession, and will be destroyed in 45 days unless claimed  (*See*, Docket No. 131).

5. On July 21, 2006, I spoke with Assistant U.S. Steven Skrocki. Mr. Skrocki indicated that the government does not oppose this request.

6. Accordingly, I am asking for an order authorizing the Clerk of Court to release the passport to Mr. Yi or a representative of the Federal Public Defender Office.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 18th day of July 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008