Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>KWAN SU YI,<br><br>        Defendant. | NO. 3:04-cr-0022-JWS<br><br>**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Kwan Su Yi asks this court for an order terminating his term of supervised release.

He has successfully completed more than 15 months of his three-year term and has relocated to

Nome, Alaska.  Mr. Yi has exhausted all of the rehabilitative assistance available through the U.S.

Probation Service and now seeks early termination of supervised release.

This motion is submitted pursuant to D. Alaska Loc. R. 7.1 and 18 U.S.C.

§ 3583(e)(1), and is supported by the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 13ᵗʰ day of June 2007.

Respectfully submitted,

/s/Kevin F. McCoy
Ben Jaffa, Legal Intern
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:          907-646-3400
Fax:            907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:
I certify that on June 13, 2007,
a copy of the *Motion for Early
Termination of Supervised Release*
was served electronically on:

Steven Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

A copy was delivered  to:

Eric Odegard
U.S. Probation & Pretrial Services
222 W. 7ᵗʰ Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy