UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KWAN SU YI,<br><br>        Defendant. | NO. 3:04-cr-0022-JWS<br><br>**PROPOSED ORDER** |

       On consideration of the defendant's motion for early termination of supervised release;

       IT IS HEREBY ORDERED t is ordered that the motion is GRANTED.  Mr. Kwan Su Yi is hereby discharged from supervised release.

       Dated this _____ day of June 2007, in Anchorage, Alaska.


                                                                                                    _____<br>
                                                                                                    JOHN W. SEDWICK<br>
                                                                                                    U.S. DISTRICT JUDGE