Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KWAN SU YI,<br><br>Defendant. | NO. 3:04-cr-0022-JWS<br><br>**AFFIDAVIT OF COUNSEL** |

Kevin McCoy, being first duly sworn upon oath, deposes and says as follows:

1.I am the attorney for Kwan Su Yi.  This affidavit is based on my personal knowledge and the investigation of Ben Jaffa, a second year law student intern currently working in my office.

2.On March 4, 2005, this court filed its judgment in this matter.  The judgment sentenced Mr. Yi to a term of twelve months and one day and a three-year term of supervised release.

3.Title 18 U.S.C. § 3583(e)(1) authorizes the court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervised release.

   4. Mr. Yi has successfully completed over fifteen months of supervised release. U.S. Probation Officer Odegard indicates that there have been no violations of the terms of supervised release.

   5. Mr. Yi has taken steps toward rehabilitation and has, for the most part, been steadily employed since his release.

- He was employed as a painter by Mr. Hammer and SK Painting between April and October 2006;
- He then worked as a salesperson at Morrison Auto Group until February 2007;
- He presently is employed as the General Manager of the newly acquired family business: the Polaris Hotel in Nome, Alaska;
- In May 2006, Mr. Yi and his wife purchased the Polaris Hotel in Nome, Alaska, and moved to Nome to operate it;
- Mr Yi stays in Nome and manages the hotel when Mrs. Yi travels to Anchorage to visit their children and to conduct business.

   6. Mr. Yi continues to fully comply with the terms of his supervised release from his new residence. Further supervision is unnecessary, as Mr. Yi has already exhausted available rehabilitative resources available through the probation service assistance, particularly since he resides in Nome and there is no resident federal probation officer in Nome.

   7. Probation Officer Eric Odegard indicates that Mr. Yi has fully complied with all of the terms of his supervised release. He stated that Mr. Yi would be a good candidate for early termination, but that probation expects to oppose early termination because Mr. Yi is subject to an order of removal by the immigration court.

   8. Mr. Yi has appealed from the order of removal and Ms. Leslie Irizarry-Haugen, Mr. Yi's immigration attorney, estimates that the initial appeal to the Board of Immigration

Appeals will not be decided until sometime in 2008. Ms. Irizarry-Haugen also reports that Mr. Yi will prosecute an appeal to the United States Court of Appeals for the Ninth Circuit if necessary, because any removal order will permanently separate him from his family. Ms. Irizarry-Haugen reports that an appeal to the Ninth Circuit would take an additional two years.

9. Finally, Ms. Irizarry-Haugen indicated that the present conviction has no bearing on removeability or on the appeal to the Board of Immigration Appeals. She believes that Mr. Yi likely will prevail. Regardless, in relation to the present offense, Mr. Yi is rehabilitated and in no need of further services from the probation service.

10. For all these reasons, Mr. Yi asks the court for an order terminating further supervision in this case.

FURTHER YOUR AFFIANT SAYETH NAUGHT

/s/KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 13th day of June 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on June 13, 2007,
a copy of the *Affidavit of Counsel*
was served electronically on:

Steven Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

A copy was delivered to:

Eric Odegard
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy