UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>KWAN SU YI,<br><br>   Defendant. | Case NO. 3:04-cr-00022-JWS<br><br>**ORDER** |

On consideration of the defendant's motion for early termination of supervised release;

IT IS HEREBY ORDERED that the motion is GRANTED.  Mr. Kwan Su Yi is hereby discharged from supervised release.

Dated this  12   day of July, 2007, in Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Court Judge